# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA


FILED
DEC 06 2018
Clerk, U S District Court
District Of Montana
Billings

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**JOSHUA D. MORRISON**  No. CR 18-83-BLG-SPW

DOB: __/__/1984  **PETITION TO OPEN JUVENILE RECORDS**

SSN: XXX-XX-7554

Whereas the above-name defendant entered a plea of Guilty to the offense of Conspiracy to Possess with the Intent to Distribute and to Distribute Methamphetamine in violation of 21 U.S.C. § 846, in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_Tanya L. Wilson_
U.S. Probation Officer

December 6, 2018
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_Susan P. Watters_
United States District Judge

Dated this 6th day of December, 2018.